IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ADAM LANE**                                                                                              **PLAINTIFF**
**ADC #155843**

V.                                  NO. 4:25-cv-00370-LPR-ERE

**CONWAY,** *et al.*                                                                                     **DEFENDANTS**

## ORDER

*Pro se* plaintiff Adam Lane, an Arkansas Division of Correction inmate, filed this lawsuit under 42 U.S.C. § 1983. *Doc. 2*. Mr. Lane's complaint alleges that: (1) on February 10, 2025, Defendant Conway used excessive force against him; and (2) before the February 10 incident, he notified Defendants Culclager and Stroughn about his history of problems with Defendant Conway, but they failed to take any corrective action. He sues Defendants in their individual and official capacities seeking monetary and injunctive relief.

For screening purposes,[1] Mr. Lane has stated: (1) an excessive force claim

---

[1] Screening is mandated by the Prison Litigation Reform Act, which requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or a portion thereof if the prisoner has raised claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b). When making this determination, the Court must accept the truth of the factual allegations contained in the complaint, and it may consider the documents attached to the complaint. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire*, 636 F.3d 976, 979 (8th Cir. 2011).

against Defendant Conway; and (2) failure to supervise claims against Defendants Culclager and Stroughn. Service is now proper for those claims.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of Court is directed to prepare summonses for Conway, Culclager, and Stroughn.

2. The United States Marshal is directed to serve each of these Defendants with a summons and a copy of the complaint (with any attachments) (*Doc. 2*), without requiring prepayment of fees and costs or security. Service for these Defendants should be attempted through the Arkansas Division of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.

SO ORDERED 18 April 2025.

_____
UNITED STATES MAGISTRATE JUDGE